```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :
            -against-                                         :    **ORDER**
                                                              :
GIDEON NYARKO,                                                :    18-cr-232 (BMC)
                                                              :
                        Defendant.                            :
                                                              :
----------------------------------------------------------- X
```

**COGAN**, District Judge.

The Court has reviewed the [22] Report and Recommendation of Magistrate Judge Bulsara, to which no party has objected. "[W]here no party has filed an objection … th[e] court reviews the findings and recommendations of a magistrate judge for clear error." Thompson v. Yelich, No. 09–CV–5039, 2012 WL 5904359, at *1 (E.D.N.Y. Nov. 26, 2012) (internal quotation mark omitted). Having found no clear error, the Court adopts the Report and Recommendation in full as the decision of the Court and denies the [10] motion to suppress without prejudice to renewal.

**SO ORDERED.**

                                                                               U.S.D.J.

Dated: Brooklyn, New York
       January 5, 2019